IN THE

## SUPREME COURT OF JUDICATURE

OF THE

## STATE OF INDIANA,

AT INDIANAPOLIS, MAY TERM, 1846, IN THE THIRTIETH
YEAR OF THE STATE.

---

## BENNETT *v.* BERRY.

*After the return of *elongata* to a writ of replevin, the plaintiff may have a writ
of *capias in withernam.**

ERROR to the *Union* Circuit Court.

Monday,
May 25.

PERKINS, J.—Motion for a writ of *capias in withernam*,
founded on the sheriff's return of *elongata* to a writ of re-
plevin. Motion denied; which is the error assigned.

Two questions are presented for consideration: 1. Can
the Courts of this state legally issue the writ of *capias in
withernam?* 2. If so, was the plaintiff entitled to it in this
case?

We have, in this state, the action of replevin, and the *ca-
pias in withernam* is known to the common law as a process
incidental to and in aid of it. Its use is not inconsistent
with our laws, and seems necessary to give full effect to the
action to which it is incidental. It not unfrequently hap-
pens, as in the present case, that the goods sought to be re-
plevied are concealed, or removed beyond the reach of the
officer. In such event, without some ancillary process which

VOL. VIII.—1

shall produce their surrender, the replevin fails. The object of the *withernam* is to cause such surrender, by inflicting punishment upon the defendant while he withholds it. It authorizes the taking and detention of other goods of his, till those eloigned are yielded up. The use of this writ is sanctioned in some of the states of the Union, and we discover no reason why it should not be in this. In *New York*, the *withernam* is abolished by statute, and the authority to arrest the defendant when the goods cannot be replevied, substituted. Graham's Pr. 728.

The writ being regarded legal, no embarrassment arises upon the second question. The *withernam* follows the return of *elongata* to the original writ, if no plea be put in to stay it. Sell. Pr. tit. Replevin. There was such a return in this case; the writ was duly moved for; and no cause was shown why it should be stayed.

In *England*, it is true, this writ is not granted till after a *pluries* replevin, because there, till after the issue of that writ, the proceedings in the action remain in the sheriff's Court. But *elongata* may, in *England*, be the first return to the Superior Court, to which return, as has been said, the *withernam* succeeds. By our statute, the original writ of replevin is returnable to the Circuit Court, and if the return be *elongata*, the writ in question may follow. 3 Blacks. 147. Bac. Abr. tit. Replevin.—*M'Colgan* v. *Huston*, 2 Nott & M'Cord, 444.—*Swann* v. *Shemwell*, 2 Harr. & Gill, 283.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*J. B. Sleeth*, for the plaintiff.